1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   ERIC V. KERSTEN, #226429
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, CA  93721-2226
4   Telephone: 559-487-5561/Fax: 559-487-5950
    eric_kersten@fd.org
5
    Attorney for Defendant
6   LEWIS DUNCAN TYLER

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.  1:15-CR-00151 AWI-BAM
                                       )
12              *Plaintiff,*           )   STIPULATION TO VACATE STATUS
    vs.                                )   CONFERENCE AND SET FOR CHANGE OF
13                                     )   PLEA; ORDER
    LEWIS DUNCAN TYLER,                )
14                                     )   Date:   October 5, 2015
                *Defendant.*           )   Time:   10:00 a.m.
15                                     )   Judge:  Hon. Anthony W. Ishii
                                       )

16

17          **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney, Vincenza Rabenn, Counsel for Plaintiff, and Assistant

19  Federal Defender, Eric V. Kersten, Counsel for Defendant Lewis Duncan Tyler, that **the status**

20  **conference set before the Honorable Barbara A. McAuliffe, on September 28, 2015, may be**

21  **vacated; and the matter may be set for a change of plea, before the Honorable Anthony W.**

22  **Ishii, on October 5, 2015 at 10:00 a.m..**

23          The parties have reached a plea agreement, and the matter needs to be set in the district

24  court to allow Mr. Williams to formally enter the agreement. The parties agree that the delay

25  resulting from the continuance shall be excluded in the interest of justice, including but not

26  ///

27  ///

28  ///

1   limited to, the need for the period of time set forth herein for effective defense preparation

2   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

3

4   Dated:  September 24, 2015                BENJAMIN B. WAGNER
                                             United States Attorney
5

6
                                             /s/ Vincenza Rabenn
7                                            VINCENZA RABENN
                                             Assistant United States Attorney
8                                            Attorney for Plaintiff

9   Dated:  September 24, 2015                HEATHER E. WILLIAMS
                                             Federal Defender
10

11
                                             /s/ Eric V. Kersten
12                                           ERIC V. KERSTEN
                                             Assistant Federal Defender
13                                           Attorney for Defendant
                                             JOHN ALAN WILLIAMS
14

15

16
                                 **O R D E R**
17
        **IT IS SO ORDERED.** The Court finds that the interest of justice outweighs the interests
18
    of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§
19
    3161 (h)(7)(A) and (B)(ii), (iv).  A change of plea hearing is set **before the Honorable Anthony**
20
    **W. Ishii, on October 5, 2015 at 10:00 a.m.**
21

22
    IT IS SO ORDERED.
23

24      Dated:    **September 24, 2015**              /s/ Barbara A. McAuliffe
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28